UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
ROMULO GENARO SEVILLANO-QUINONEZ,

                    Petitioner,

                    23 Civ. 10799 (JPC)

      -v-

                    ORDER

F.C.I. OTISVILLE (WARDEN),

                    Respondent.
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Court, having examined the petition in this action, which Petitioner filed pursuant to 28 U.S.C. § 2241, hereby ORDERS that:

      The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

      Within thirty days of the date of this order, the U.S. Attorney's Office shall file an answer or other pleading in response to the petition. Petitioner may file reply papers, if any, within thirty days from the date Petitioner is served with Respondent's answer or other pleading.

      SO ORDERED.

Dated: January 26, 2024
       New York, New York

                                            JOHN P. CRONAN
                                            United States District Judge